# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2985
_____

Jeffrey Alan Olson

*Plaintiff - Appellant*

v.

Hennepin County

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: December 12, 2022
Filed: January 10, 2023
[Unpublished]
_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Minnesota resident Jeffrey Olson appeals following the district court's[1] dismissal of his pro se civil action and denial of his postjudgment motions. We

---

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

conclude that the district court did not abuse its discretion in denying reconsideration, as Olson did not present a basis for relief under Federal Rule of Civil Procedure 59(e) or 60(b), see Peterson v. Travelers Indem. Co., 867 F.3d 992, 997 (8th Cir. 2017), or in denying leave to amend, see United States v. Mask of Ka-Nefer-Nefer, 752 F.3d 737, 743 (8th Cir. 2014).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____